**Order filed February 12, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00836-CV

———————

### WILLIAM DEXTER LUCAS, Appellant

### V.

### DONALD RAY SAVAGE AND RAHSAAN K. KING, Appellees

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-053073**

## O R D E R

On November 1, 2018, we issued an order directing appellant to, by November 21, 2018, file a brief or notify us that the document he filed on October 2, 2018 is his brief for purposes of Texas Rule of Appellate Procedure 38.1. No response was filed. Therefore, we construe the October 2, 2018 document as appellant's brief.

Appellees' brief is due on or before **March 4, 2019**.

PER CURIAM